STATE v. FEATHERSON

No. 427P01

Case below: 145 N.C. App. 134

Motion by defendant to withdraw petition for discretionary review allowed 9 May 2002.


STATE v. FOSTER

No. 168P02

Case below: 149 N.C. App. 206

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 May 2002. Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 9 May 2002.


STATE v. GRAY

No. 556A93-2

Case below: Lenoir County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Lenoir County, denied 9 May 2002. Motion by defendant pro se to delay ruling on petition for writ of certiorari dismissed 9 May 2002. Motion by the Attorney General to lift stay of proceedings as a result of the United States Supreme Court's decision in *Mickens v. Taylor*, 2002 U.S. Lexis 2146 (March 27, 2002) allowed 9 May 2002.


STATE v. HATCHER

No. 164P02

Case below: 148 N.C. App. 407

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 9 May 2002.